Thomas E. Willoughby (TW4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600
*Attorneys for Plaintiff*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 17 2005 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X

AKPHARMA INC.,

        Plaintiff,

- against -

SINGAPORE AIRLINES,

        Defendant.
-----------------------------------------X

Index No.
05 CV 379 (DLI)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED that the above-entitled case having been settled, that this action be and the same hereby is dismissed with prejudice, but without cost to any party subject to being re-opened within sixty (60) days after dismissal, should settlement funds not be received.

Dated: May 31, 2005

        HILL RIVKINS & HAYDEN LLP
        Attorneys for Plaintiff

        By: _____
        Thomas E. Willoughby (TW4452)
        45 Broadway, Suite 1500
        New York, New York 10006
        (212) 669-0600

SO ORDERED: _____ 6/16/05
DORA L. IRIZARRY,
United States District Judge

1